UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
TYESHA WASHINGTON, :
:
        *Plaintiff*, :
:
-against- :
: 18 Civ. 9052 (PAC)
NYC MEDICAL PRACTICE, P.C., :
SERGEY VOSKIN, M.D., and :
ANTHONY RAY PERKINS, M.D., : **OPINION & ORDER**
:
        *Defendants*. :
:
------------------------------------------------------------X

HONORABLE PAUL A. CROTTY, United States District Judge:

    For the reasons stated during the January 30, 2019 pre-motion conference, the parties are directed to conduct limited discovery on the issue of whether the June 29, 2018 release signed by Plaintiff is valid given the date of the operation at issue, prior to making a motion for summary judgment. The parties will meet and confer to propose a civil case management plan for the limited discovery and motion schedule.

Dated: New York, New York
       January 30, 2019

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-19