# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

TYESHA WASHINGTON,

                Plaintiff,                18 **CIVIL** 9052 (PAC)

       -against-                        **JUDGMENT**

NYC MEDICAL PRACTICE, P.C., SERGEY VOSKIN, and ANTHONY RAY PERKINS,

                Defendants.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 10, 2021, The motion for summary judgment is **GRANTED**. The remaining discovery motions in this case are **DISMISSED** as moot; accordingly, this case is closed.

**Dated:**  New York, New York
          March 10, 2021

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                **BY:**
                                                      **Deputy Clerk**